# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:20-CV-20235-CMA

Plaintiff:
**WINDY LUCIUS,**

vs.

Defendant:
**NORDSTROM, INC.,**

For:
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM PLLC
10873 Sw 59th Court
Pinecrest, FL 33156

Received by Professional Process Servers on the 22nd day of January, 2020 at 9:00 am to be served on **NORDSTROM, INC. C/O REGISTERED AGENT CORPORATE CREATIONS NETWORK INC., 11380 PROSPERITY FARMS ROAD, #221E, PALM BEACH GARDENS, FL 33410**.

I, Truong Nguyen, being duly sworn, depose and say that on the **24th day of January, 2020** at **11:32 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR INJUNCTIVE RELIEF and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **MARIA MACKIN, AGENT AUTHORIZED TO ACCEPT FOR CORPORATE CREATIONS NETWORK, INC.** as **Registered Agent** at the address of: **11380 PROSPERITY FARMS ROAD, #221E, PALM BEACH GARDENS, FL 33410** on behalf of **NORDSTROM, INC.** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVED TO AN EMPLOYEE OF THE REGISTERED AGENT, MARIA MACKIN, AUTHORIZED TO ACCEPT.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: HISPANIC, Height: 5'6, Weight: 150, Hair: BROWN, Glasses: Y

## AFFIDAVIT OF SERVICE For 1:20-CV-20235-CMA

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Fifteenth Judicial Circuit of Florida, in which the process was served. Signed in the State of Florida. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." FS 92.525. Notary not required.

Subscribed and Sworn to before me on the 27th day of January, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CONCHITA NUNEZ
Commission # GG 214086
Expires May 4, 2022
Bonded Thru Budget Notary Services

Truong Nguyen
CPS#1442

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: FIS-2020001029

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

WINDY LUCIUS )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
NORDSTROM, INC. )
)
)
*Defendant(s)* )

*Handwritten:* OBTAIN DESCRIPTION / Agent ATA / Served: Maria Mackin / Date: 01/24/20 Time: 11:32am / By: JN / IS CERTIFIED PROCESS SERVER IN GOOD STANDING IN THE CIRCUIT AND COUNTY COURTS IN AND FOR PALM BEACH COUNTY CPS#: 1442 / 42, F, H, 5'6, 150, brown, glasses

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NORDSTROM, INC.  *Corporate*
c/o Registered Agent CORPORATION CREATIONS NETWORK INC.
11380 PROSPERITY FARMS ROAD
#221E
PALM BEACH GARDENS, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____1/17/2020_____



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Janier A.
Deputy Clerk
U.S. District Courts

1029